**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PES HOLDINGS, LLC, *et al.*, | ) | Case No. 19-11626 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| PES HOLDINGS, LLC, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | Adversary Proceeding |
| | ) | |
| v. | ) | Case No. 20-50454 (LSS) |
| | ) | |
| ALLIANZ GLOBAL RISKS US INSURANCE | ) | |
| CO., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>CONDITIONAL DEMAND FOR JURY TRIAL</u>

PES Holdings, LLC, North Yard GP, LLC, North Yard Logistics, L.P., PES Administrative Services, LLC, PES Energy Inc., PES Intermediate, LLC, PES Ultimate Holdings, LLC, and Philadelphia Energy Solutions Refining and Marketing LLC (collectively, the "<u>Company</u>") believe that this Bankruptcy Court has authority to finally decide and determine the above-captioned adversary proceeding. The defendant Insurers deny this. *See* Answer ¶ 13.

The Company intends to, and reserves all rights to, contest any request to transfer this adversary proceeding to another court, including but not limited to any motion to withdraw the reference, motion for abstention, or motion to transfer this proceeding. In the event that this Bankruptcy Court or any other court determines that this adversary proceeding must be heard in a court other than this Bankruptcy Court for any reason, then pursuant to Federal Rule of Civil

Procedure 38(b), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 9015(a), the Company demands trial by jury of all issues so triable.

Dated:  April 10, 2020
Wilmington, Delaware

/s/ Laura Davis Jones
_____
Laura Davis Jones (DE Bar No. 2436)
Peter J. Keane (DE Bar No. 5503)
James E. O'Neill (DE Bar No. 4042)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:     (302) 652-4100
Facsimile:      (302) 652-4400
Email:           ljones@pszjlaw.com
                 pkeane@pszjlaw.com
                 joneill@pszjlaw.com

- and -

Edward O. Sassower, P.C.
Steven N. Serajeddini (admitted *pro hac vice*)
Matthew C. Fagen (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           edward.sassower@kirkland.com
                 steven.serajeddini@kirkland.com
                 matthew.fagen@kirkland.com


Andrew A. Kassof, P.C. (admitted *pro hac vice*)
Nader R. Boulos, P.C. (admitted *pro hac vice*)
Michael B. Slade (admitted *pro hac vice*)
William T. Pruitt (admitted *pro hac vice*)
Whitney L. Becker (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 N. LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           andrew.kassof@kirkland.com
                 nader.boulos@kirkland.com
                 michael.slade@kirkland.com
                 william.pruitt@kirkland.com
                 whitney.becker@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

Robin Cohen (admitted *pro hac vice*)
Kenneth H. Frenchman (admitted *pro hac vice*)
**MCKOOL SMITH**
One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001
Telephone:     (212) 402-9400
Facsimile:     (212) 402-9444
Email:          rcohen@mckoolsmith.com
                  kfrenchman@mckoolsmith.com

*Co-Counsel to the Debtors and Debtors in Possession*