# **<u>EXHIBIT A</u>**

DOCS_DE:228188.1

PES Holdings – Service List re ICBS
Answer -  20-50454
Main Case No. 19-11266 (LSS)
Doc. No. 228187
15 – EMAIL


**EMAIL**
(Counsel for Defendant Insurers)
Garvan F. McDaniel, Esq.
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE  19806
**Email:  gmcdaniel@dkhogan.com**

**EMAIL**
(Counsel for Defendant Insurers)
Craig Goldblatt, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
**Email:  Craig.Goldblatt@wilmerhale.com**

**EMAIL**
(Counsel for Defendant Insurers)
Benjamin W. Loveland, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
**Email:
Benjamin.Loveland@wilmerhale.com**

**EMAIL**
(Counsel for Defendant Insurers)
Zelle LLP
Jonathan R. MacBride
1635 Market Street, Suite 1600
Philadelphia, PA  19103
**Email:  jmacbride@zelle.com**

**EMAIL**
(Counsel for Defendant Insurers)
Mathew Gonzalez
45 Broadway, Suite 920
New York, NY 10006
Telephone 646-876-4410
**Email:  mgonzalez@zelle.com**

**EMAIL**
(Counsel to ICBC Standard Bank Plc)
David L. Yohai, Esq.
John P. Mastando III, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
**Email:  david.yohai@weil.com;
john.mastando@weil.com**

**EMAIL**
(Counsel to ICBC Standard Bank Plc)
Richard I. Werder, Jr., Esq.
Jane Byrne, Esq.
Deborah Newman, Esq.
Eric Kay, Esq.
Zachary Russell, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
**Email:  rickwerder@quinnemanuel.com;
janebyrne@quinnemanuel.com;
deborahnewman@quinnemanuel.com;
erickay@quinnemanuel.com;
zacharyrussell@quinnemanuel.com**

**EMAIL**
(Counsel to ICBC Standard Bank Plc)
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Zachary I. Shapiro, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE  19801
**Email:  collins@rlf.com;
defranceschi@rlf.com; shapiro@rlf.com**

**EMAIL BLOCK**

gmcdaniel@dkhogan.com; Craig.Goldblatt@wilmerhale.com;
Benjamin.Loveland@wilmerhale.com; jmacbride@zelle.com; mgonzalez@zelle.com;
david.yohai@weil.com; john.mastando@weil.com; rickwerder@quinnemanuel.com;
janebyrne@quinnemanuel.com; deborahnewman@quinnemanuel.com;
erickay@quinnemanuel.com; zacharyrussell@quinnemanuel.com; collins@rlf.com;
defranceschi@rlf.com; shapiro@rlf.com