**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PES HOLDINGS, LLC, *et al.*, | ) | Case No. 19-11626 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| PES HOLDINGS, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -and- | ) | Adversary Proceeding |
| | ) | |
| ICBC STANDARD BANK PLC, | ) | |
| | ) | |
| Intervenor-Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 20-50454 (LSS) |
| | ) | |
| ALLIANZ GLOBAL RISKS US INSURANCE CO., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF SERVICE</u>**

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 7th day of January 2021, a copy of the following:

Defendants' Supplemental Response and Objection to Deposition Notice of Lancashire;

Defendants' Supplemental Response and Objection to Deposition Notice of Ace American;

Defendants' Supplemental Response and Objection to Deposition Notice of Barbican; and

Defendants' Supplemental Response and Objection to Deposition Notice of Westport

1

were served upon the following persons via email:

Laura Davis Jones
James E. O'Neill
Peter J. Keane
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
ljones@pszjlaw.com
joneill@pszjlaw.com
pkeane@pszjlaw.com

Edward O. Sassower, P.C.
Steven N. Serajeddini
Matthew C. Fagen
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, New York 10022
edward.sassower@kirkland.com
steven.serajeddini@kirkland.com
matthew.fagen@kirkland.com

Andrew A. Kassof, P.C.
Nader R. Boulos, P.C.
Michael B. Slade
William T. Pruitt
Whitney L. Becker
Howard Kaplan
Eric White
Kent Hayden
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
300 N. LaSalle
Chicago, Illinois 60654
andrew.kassof@kirkland.com
nader.boulos@kirkland.com
michael.slade@kirkland.com
william.pruitt@kirkland.com
whitney.becker@kirkland.com
howard.kaplan@kirland.com
eric.white@kirkland.com
kent.hayden@kirkland.com

Mark D. Collins
Daniel J. DeFranceschi
Zachary I. Shapiro
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
collins@rlf.com
defranceschi@rlf.com
shapiro@rlf.com

David L. Yohai
John P. Mastando, III
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
david.yohai@weil.com;
john.mastando@weil.com

Richard I. Werder, Jr.
Jane Byrne
Deborah Newman
Eric Kay
Zachary Russell
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
rickwerder@quinnemanuel.com
janebyrne@quinnemanuel.com
deborahnewman@quinnemanuel.com
zacharyrussell@quinnemanuel.com

Kenneth H. Frenchman
Marc Ladd
Chelsea Ireland
Alex Sugzda
Cohen Ziffer Frenchman & McKenna LLP
1350 Avenue of the Americas
New York, NY 10019
kfrenchman@cohenziffer.com
cireland@cohenziffer.com
asugzda@cohenziffer.com
mladd@cohenziffer.com

Dated: January 7, 2021

**HOGAN MCDANIEL**

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (Del. Bar. No. 4167)
1311 Delaware Avenue
Wilmington, Delaware  19806
Telephone 302-656-7540
gmcdaniel@dkhogan.com

-and-

**WILMER CUTLER PICKERING HALE AND DORR LLP**

Craig Goldblatt (Del. Bar. No. 6665)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: 202-663-6000
Craig.Goldblatt@wilmerhale.com

Benjamin W. Loveland
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Benjamin.Loveland@wilmerhale.com
*Co-Counsel for Defendant Insurers*

-and-

**ZELLE LLP**

Jonathan R. MacBride
1635 Market Street, Suite 1600
Philadelphia, PA  19103
Telephone: 484-532-5330
jmacbride@zelle.com

Mathew Gonzalez
45 Broadway, Suite 920
New York, NY 10006
Telephone 646-876-4410
mgonzalez@zelle.com
*Co-Counsel for Defendant Insurers*