IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PES Holdings, LLC *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11626 (LSS) |
| PES Holdings, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>North Yard GP, LLC et al.<br><br>    Defendant. | Adv. Proc. No. 20-50454 (MFW) |

### ORDER OF REASSIGNMENT OF JUDGE

**AND NOW,** this 28th day of September, 2021, **it is hereby ORDERED** that the above adversary proceeding is **TRANSFERRED** to the **Honorable Mary F. Walrath** for all further proceedings and dispositions.[1]

*/s/ Laurie Selber Silverstein*
Laurie Selber Silverstein
Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.