# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*, | Case No. 19-11626 (LSS) |
| Debtors. | (Jointly Administered) |
| PES HOLDINGS, LLC, *et al.*, | |
| Plaintiffs, | |
| -and- | Adversary Proceeding |
| ICBC STANDARD BANK PLC, | |
| Intervenor-Plaintiff | |
| v. | Case No. 20-50454 (MFW) |
| ALLIANZ GLOBAL RISKS US INSURANCE CO., *et al.*, | |
| Defendants. | |

## MOTION TO STRIKE PORTIONS OF THOMAS BRINDLEY'S REPORTS AND TO PRECLUDE HIS TESTIMONY ON CERTAIN TOPICS

Pursuant to Federal Rules of Evidence 403 and 702, made applicable to this adversary proceeding under Rule 9017 of the Federal Rules of Bankruptcy Procedure, Insurers,[1] the defendants in this adversary proceeding, respectfully move to strike portions of Thomas Brindley's

---

[1] The Insurers submitting this Motion are listed on <u>Annex 1</u> attached hereto.

Reports and to preclude his testimony on certain topics. The grounds for this motion are fully set forth in the Memorandum of Law filed contemporaneously herewith.

Dated: November 12, 2021

**HOGAN MCDANIEL**

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel [Del. Bar No. 4167]
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone 302-656-7540
gmcdaniel@dkhogan.com

-and

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Philip D. Anker
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8890
philip.anker@wilmerhale.com

Benjamin W. Loveland
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
benjamin.loveland@wilmerhale.com
*Counsel for Defendant Insurers*

 -and-

**ZELLE LLP**
Jonathan R. MacBride
1635 Market Street, Suite 1600
Philadelphia, PA 19103
Telephone: 484-532-5330
jmacbride@zelle.com

Matthew Gonzalez
45 Broadway, Suite 920
New York, NY 10006
Telephone 646-876-4410

mgonzalez@zelle.com
*Co-Counsel for Defendant Insurers*