# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*, | ) ) ) | Case No. 19-11626 (LSS) |
| Debtors. | ) ) ) | (Jointly Administered) |
| PES HOLDINGS, LLC, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -and- | ) ) | Adversary Proceeding |
| ICBC STANDARD BANK PLC, | ) ) ) | |
| Intervenor-Plaintiff | ) ) | |
| v. | ) ) | Case No. 20-50454 (MFW) |
| ALLIANZ GLOBAL RISKS US INSURANCE CO., *et al.*, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, the undersigned hereby certifies that on the 3rd day of December 2021, a copy of the following was served upon all parties registered to receive electronic service via CM/ECF.:

    1.    Defendant Insurers' Omnibus Non-Expert Motions in Limine.

Dated: December 6, 2021

**HOGAN MCDANIEL**

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (Del. Bar. No. 4167)
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone 302-656-7540
gmcdaniel@dkhogan.com

-and-

**WILMER CUTLER PICKERING HALE AND DORR LLP**

Benjamin W. Loveland
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Benjamin.Loveland@wilmerhale.com
*Co-Counsel for Defendant Insurers*

-and-

**ZELLE LLP**

Jonathan R. MacBride
1635 Market Street, Suite 1600
Philadelphia, PA 19103
Telephone: 484-532-5330
jmacbride@zelle.com

Matthew Gonzalez
45 Broadway, Suite 920
New York, NY 10006
Telephone 646-876-4410
mgonzalez@zelle.com
*Co-Counsel for Defendant Insurers*