# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*,[1] | Case No. 19-11626 (LSS) |
| Reorganized Debtors. | (Jointly Administered) |
| PES HOLDINGS, LLC, *et al.*, | |
| *Plaintiffs*, | Adversary Proceeding |
| -and- | Case No. 20-50454 (MFW) |
| ICBC STANDARD BANK PLC, | |
| *Intervenor-Plaintiff*, | |
| v. | |
| ALLIANZ GLOBAL RISKS US INSURANCE CO., *et al.*, | |
| *Defendants*. | |

## NOTICE OF DEPOSITION OF DAN KAMENSKY

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30 of the Federal Rules of Civil Procedure (the "**FRCP**"), made applicable to this proceeding pursuant to Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), ICBC Standard Bank Plc

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574).

RLF1 26460650v.1

("**ICBCS**"), by and through its attorneys, will take the deposition upon oral examination of Dan Kamensky.

**PLEASE TAKE FURTHER NOTICE THAT**, the deposition will take place remotely by Zoom and/or video on Friday, December 17, 2021, beginning at 9:30 a.m., or at such other time and place as may be agreed to among counsel for the parties, and shall continue from day to day thereafter, except for weekends and holidays, until completed. The deposition will be recorded by stenographic means and videotape and will be taken before a Notary Public or other officer authorized by law to administer oaths. The deposition will be taken for the purposes of discovery on the Objection and Reservation of Rights [Docket No. 1811; Adv. Docket No. 260] (the "**Objection**") filed by the Ad Hoc Group (as defined therein) to the *PES Liquidating Trust's Motion for Entry of an Order (I) Approving the Business Interruption Settlement by and among the Debtors, ICBC Standard Bank Plc, and Certain Insurers and (II) Granting Related Relief* [Docket No. 1781; Adv. Docket No. 242] (the "**9019 Motion**") and ICBCS's joinder to the 9019 Motion [Docket No. 1782; Adv. Docket No. 243] (the "**Joinder**"), for use at any hearing on the Objection, the 9019 Motion, and the Joinder in the above-captioned chapter 11 cases and adversary proceeding, and for any other purpose permitted under the Bankruptcy Rules, the FRCP, and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

Dated: December 8, 2021
Wilmington, Delaware

/s/ *Zachary I. Shapiro*

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
collins@rlf.com
defranceschi@rlf.com
shapiro@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
David L. Yohai (*pro hac vice*)
John P. Mastando III (*pro hac vice*)
Tracy Gelles (*pro hac vice*)
A.J. Green (*pro hac vice*)
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
David.yohai@weil.com
John.mastando@weil.com
Tracy.gelles@weil.com
A.J.Green@weil.com

*Counsel to ICBC Standard Bank Plc*