# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PES HOLDINGS, LLC, *et al.*,[1] <br><br> Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 19-11626 (LSS) <br> ) <br> ) (Jointly Administered) <br> ) |
| PES HOLDINGS, LLC, *et al.*, <br><br> Plaintiffs, <br><br> -and- <br><br> ICBC STANDARD BANK PLC, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> ALLIANZ GLOBAL RISKS US INSURANCE CO., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Adversary Proceeding <br> ) <br> ) Case No. 20-50454 (MFW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT NOTICE OF COMPLETION OF BRIEFING REGARDING MOTIONS IN LIMINE

**PLEASE TAKE NOTICE** that Plaintiffs PES Holdings, LLC, North Yard GP, LLC, North Yard Logistics, L.P., PES Administrative Services, LLC, PES Energy, Inc., PES Intermediate, LLC, PES Ultimate Holdings, LLC, and Philadelphia Energy Solutions Refining and Marketing LLC (collectively "PES") and the Insurers, the defendants in this adversary

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574).

2

proceeding (collectively, the "Parties"), hereby provide notice that briefing has been completed with respect to the Parties' motions in limine filed at Adv. Docket Nos. 230, 234, 239, and 259, (collectively, the "Motions"). Below is a list of all relevant pleadings and docket numbers filed and related to the Motions.

**PLEASE TAKE FURTHER NOTICE THAT** the Parties have conferred and agree that the exhibits to PES's *Opposition to Defendant Insurers' Omnibus Non-Expert Motion in Limine* [Adv. Docket No. 283], which exhibits are attached to the *Declaration of Chelsea L. Ireland in Opposition to Plaintiffs' Opposition to Insurers' Omnibus Non-Expert Motion in Limine* [Adv. Docket No. 284] are a representative sample of the reserve and reinsurance documents.[2]

---

[2] The Parties have agreed to forgo any replies relating to the Defendant Insurers' Omnibus Non-Expert Motion in Limine [Adv. Docket No. 259].

| Tab No. | Date Filed | Adv. Docket No. | Pleading |
|---|---|---|---|
| **PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF JONATHAN HELD** | | | |
| 1. | 11/12/21 | 230 | Plaintiffs' Motion to Exclude the Expert Report and Testimony of Jonathan Held |
| 2. | 11/12/21 | 231 | Memorandum of Law in Support of Plaintiffs' Motion to Exclude the Expert Report and Testimony of Jonathan Held |
| 3. | 11/12/21 | 232 | Declaration of Nicholas R. Maxwell in Support of Plaintiffs' Motion to Exclude the Expert Report and Testimony of Jonathan Held |
| 4. | 12/10/21 | 274 | Memorandum of Law In Opposition To Plaintiffs' Motion to Exclude The Report and Testimony of Jonathan Held |
| 5. | 12/20/21 | 285 | Reply Memorandum of Law in Further Support of Plaintiffs' Motion to Exclude the Report and Testimony of Jonathon Held |
| **DEFENDANT INSURERS' MOTION TO STRIKE PORTIONS OF THOMAS BRINDLEY'S REPORTS AND TO PRECLUDE HIS TESTIMONY ON CERTAIN TOPICS** | | | |
| 6. | 11/12/21 | 234 | Defendant Insurers' Motion to Strike Portions of Thomas Brindley's Reports and to Preclude His Testimony on Certain Topics |
| 7. | 12/6/21 | 235 | Memorandum of Law in Support of Defendant Insurers' Motion to Strike Portions of Thomas Brindley's Reports and to Preclude His Testimony on Certain Topics |
| 8. | 12/10/21 | 275 | Memorandum of Law in Opposition to Defendants' Motion to Strike Portions of Thomas Brindley's Reports and to Preclude His Testimony on Certain Topics |
| 9. | 12/10/21 | 276 | Declaration of Nicholas R. Maxwell in Opposition to Defendant Insurers' Motion to Strike Portions of Thomas Brindley's Reports and to Preclude His Testimony on Certain Topics |

| 10. | 12/20/21 | 286 | Reply Memorandum of Law in Support of Motion to Strike Portions of Thomas Brindley's Reports And To Preclude His Testimony on Certain Topics |
|---|---|---|---|
| **DEFENDANT INSURERS' MOTION TO STRIKE EXPERT REPORT OF OLIE R. JOLSTAD AND REPLY BY OLIE R. JOLSTAD TO THE JULY 8, 2021 EXPERT REBUTTAL REPORT OF DALE S. FREDIANI, SR. AND TO THE JULY 8, 2021 EXPERT REPORT OF JONATHON C. HELD AND TO PRECLUDE HIS TESTIMONY** ||||
| 11. | 11/12/21 | 239 | Defendant Insurers' Motion to Strike Expert Report of Olie R. Jolstad And Reply By Olie R. Jolstad To The July 8, 2021 Expert Rebuttal Report Of Dale S. Frediani, SR. And To The July 8, 2021 Expert Report of Jonathon C. Held And To Preclude His Testimony |
| 12. | 11/12/21 | 240 | Memorandum of Law In Support of Motion to Strike Expert Report of Olie R. Jolstad and Reply by Olie R. Jolstad to the July 8, 2021 Expert Rebuttal Report of Dale S. Frediani, SR. and to the July 8, 2021 Expert Report of Jonathon C. Held and to Preclude His Testimony |
| 13. | 12/10/21 | 277 | Memorandum of Law in Opposition to Defendant Insurers' Motion to Strike Expert Report of Olie R. Jolstad and Reply By Olie R. Jolstad to the July 8, 2021 Expert Rebuttal Report of Dale S. Frediani, Sr. and to the July 8, 2021 Expert Report of Jonathon C. Held and to Preclude His Testimony |
| 14. | 12/20/21 | 287 | Reply Memorandum of Law in Support of Motion to Strike Expert Report of Olie R. Jolstad And Reply By Olie R. Jolstad To The July 8, 2021 Expert Rebuttal Report Of Dale S. Frediani, SR. And To The July 8, 2021 Expert Report of Jonathon C. Held And To Preclude His Testimony |
| **DEFENDANT INSURERS' OMNIBUS NON-EXPERT MOTIONS IN LIMINE** ||||
| 15. | 12/3/21 | 259 | Defendant Insurers' Omnibus Non-Expert Motion in Limine |
| 16. | 12/17/21 | 283 | [Sealed] Plaintiff's Opposition to Defendant Insurers' Omnibus Non-Expert Motion in Limine |
| 17. | 12/17/21 | 284 | [Sealed] Declaration of Chelsea L. Ireland in Opposition to Plaintiffs' Opposition to Insurers' |

|  |  |  | Omnibus Non-Expert Motion in Limine |
|---|---|---|---|

Dated: December 29, 2021    */s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:    ljones@pszjlaw.com
    joneill@pszjlaw.com
    pkeane@pszjlaw.com

- and -

Edward O. Sassower, P.C.
Steven N. Serajeddini (admitted *pro hac vice*)
Matthew C. Fagen (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
    steven.serajeddini@kirkland.com
    matthew.fagen@kirkland.com

Andrew A. Kassof, P.C. (admitted *pro hac vice*)
Nader R. Boulos, P.C. (admitted *pro hac vice*)
Michael B. Slade (admitted *pro hac vice*)
William T. Pruitt (admitted *pro hac vice*)
Whitney L. Becker (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 N. LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    andrew.kassof@kirkland.com
    nader.boulos@kirkland.com
    michael.slade@kirkland.com
    william.pruitt@kirkland.com

whitney.becker@kirkland.com

Kenneth H. Frenchman (admitted *pro hac vice*)
Robin L. Cohen (admitted *pro hac vice*)
Marc T. Ladd (admitted *pro hac vice*)
Alexander M. Sugzda (admitted *pro hac vice*)
Nicholas R. Maxwell (admitted *pro hac vice*)
Chelsea L. Ireland (admitted *pro hac vice*)
**COHEN ZIFFER FRENCHMAN & MCKENNA LLP**
1350 Avenue of the Americas, 25th Floor
New York, New York 10019
Phone: (212) 584-1890
Email: kfrenchman@cohenziffer.com
       rcohen@cohenziffer.com
       mladd@cohenziffer.com
       asugzda@cohenziffer.com
       nmaxwell@cohenziffer.com
       cireland@cohenziffer.com

*Counsel for Plaintiffs PES Energy, Inc., PES Holdings LLC, PES Administrative Services, LLC, PES Intermediate, LLC, PES Ultimate Holdings, LLC, and Philadelphia Energy Solutions Refining and Marketing LLC*