# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| PES HOLDINGS, LLC, *et al.*,[1] | ) |
| | ) Case No. 19-11626 (LSS) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| PES HOLDINGS, LLC, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Adversary Proceeding |
| | ) |
| -and- | ) Case No. 20-50454 (MFW) |
| | ) |
| ICBC STANDARD BANK PLC, | ) |
| | ) |
| Intervenor-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALLIANZ GLOBAL RISKS US INSURANCE CO., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF AGENDA FOR TRIAL SCHEDULED FOR JANUARY AND FEBRUARY. THE TRIAL SHALL COMMENCE ON JANUARY 24, 25, 26, 27, 28 AND 31, 2022 AT 10:00 A.M. (PREVAILING EASTERN TIME) AND FEBRUARY 2, 3 AND 4, 2022 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, <u>COURTROOM NO. 4, WILMINGTON, DELAWARE 19801</u>[2]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574).

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlinks for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 19-11626 (LSS), or the documents may be obtained for free by accessing the Debtors' restructuring website at https://www.omnimgt.com/PESHoldings2019.

1

> **This remote trial will be conducted entirely over Zoom and requires all participants to register in advance. Please register by January 21 at 8:30 a.m. COURTCALL WILL NOT BE USED FOR THIS HEARING.**
> **Please use the following link to register for this hearing:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIscOigqTsjGYyxl6s6dnuC_zIQf2Exd3E
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

## TRIAL:

1.  Complaint [Filed: 2/12/20] (Adv. Pro. 20-50454, Docket No. 1).

    Response Deadline:  March 13, 2020, at 4:00 p.m. *(extended until March 27, 2020)*

    Responses Received:

    a.  Answer [Filed: 3/27/21] (Adv. Pro. 20-50454, Docket No. 20).

    b.  Answer to ICBCS's Intervenor Complaint [Filed: 5/6/20] (Adv. Pro. 20-50454, Docket No. 54).

    Related Documents:

    a.  Summons and Notice of Pre-Trial Conference in an Adversary Proceeding [Filed: 2/12/21] (Adv. Pro. 20-50454, Docket No. 2).

    b.  Stipulation Pursuant to Local Rule 7012-2 Extending Defendants' Time to Respond to Complaint [Filed: 3/4/20] (Adv. Pro. 20-50454, Docket No. 6).

    c.  [Signed] Order Granting ICBC Standard Bank PLC's Motion to Intervene [Filed: 4/6/20] (Adv. Pro. 20-50454, Docket No. 30).

    d.  Intervenor-Complaint [Filed: 4/6/20] (Adv. Pro. 20-50454, Docket No. 31).

    e.  Conditional Demand for Jury Trial [Filed: 4/10/20] (Adv. Pro. 20-50454, Docket No. 38).

    f.  Conditional Demand for Jury Trial [Filed: 5/19/20] (Adv. Pro. 20-50454, Docket No. 70).

    g.  [Signed] Scheduling Order Trial [Filed: 7/6/20] (Adv. Pro. 20-50454, Docket No.

        95).

- h. [Signed] First Amended Scheduling Order Trial [Filed: 11/17/20] (Adv. Pro. 20-50454, Docket No. 103).

- i. [Signed] Second Amended Scheduling Order Trial [Filed: 11/17/20] (Adv. Pro. 20-50454, Docket No. 141).

- j. [Signed] Third Amended Scheduling Order Trial [Filed: 5/11/21] (Adv. Pro. 20-50454, Docket No. 178).

- k. [Signed] Fourth Amended Scheduling Order [Filed: 8/9/21] (Adv. Pro. 20-50454, Docket No. 196).

- l. Joint Status Report Regarding Adversary Proceeding [Filed: 11/9/21] (Adv. Pro. 20-50454, Docket No. 229).

- m. [Signed] Order [Filed: 12/15/21] (Adv. Pro. 20-50454, Docket No. 280).

- n. [Signed] Order [Filed: 12/15/21] (Adv. Pro. 20-50454, Docket No. 281).

- o. Joint Pretrial Memorandum Pursuant to Local Rule 716-2(d) [Filed: 12/22/21] (Adv. Pro. No. 20-50454, Docket No. 294).

- p. Notice of Corrected Appendix 3 to Joint Pretrial Memorandum Pursuant to Local Rule 716-2(d) [Filed: 12/27/21] (Adv. Pro. No. 20-50454, Docket No. 297).

- q. [Signed] Order Approving Settlement of PES BI Claim [Filed: 1/18/22] (Adv. Pro. No. 20-50454, Docket No. 318).

- r. [Signed] Order Regarding Motions in Limine [Filed: 1/18/22] (Adv. Pro. No. 20-50454, Docket No. 319).

Status:   A trial will go forward on this matter via Zoom videoconference.  Trial is scheduled on January 24, 25, 26, 27, 28, 31, 2022, and February 2, 3 and 4, 2022.  Trial will commence at 10:00 a.m. (ET) each day, unless otherwise indicated by the Court.

*(Remainder of Page Intentionally Left Blank)*

| | |
|---|---|
| Dated: January 20, 2022 | */s/ Peter J. Keane* |

Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
  joneill@pszjlaw.com
  pkeane@pszjlaw.com

- and -

Edward O. Sassower, P.C.
Steven N. Serajeddini (admitted *pro hac vice*)
Matthew C. Fagen (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
  steven.serajeddini@kirkland.com
  matthew.fagen@kirkland.com

Andrew A. Kassof, P.C. (admitted *pro hac vice*)
Nader R. Boulos, P.C. (admitted *pro hac vice*)
Michael B. Slade (admitted *pro hac vice*)
William T. Pruitt (admitted *pro hac vice*)
Whitney L. Becker (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 N. LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  andrew.kassof@kirkland.com
  nader.boulos@kirkland.com
  michael.slade@kirkland.com
  william.pruitt@kirkland.com
  whitney.becker@kirkland.com

Kenneth H. Frenchman (admitted *pro hac vice*)
Robin L. Cohen (admitted *pro hac vice*)
Marc T. Ladd (admitted *pro hac vice*)
Alexander M. Sugzda (admitted *pro hac vice*)
Nicholas R. Maxwell (admitted *pro hac vice*)
Chelsea L. Ireland (admitted *pro hac vice*)
**COHEN ZIFFER FRENCHMAN & MCKENNA LLP**
1350 Avenue of the Americas, 25th Floor
New York, New York 10019
Phone: (212) 584-1890
Email: kfrenchman@cohenziffer.com
      rcohen@cohenziffer.com
      mladd@cohenziffer.com
      asugzda@cohenziffer.com
      nmaxwell@cohenziffer.com
      cireland@cohenziffer.com

*Counsel for Plaintiffs PES Energy, Inc., PES Holdings LLC, PES Administrative Services, LLC, PES Intermediate, LLC, PES Ultimate Holdings, LLC, and Philadelphia Energy Solutions Refining and Marketing LLC*