20-50454 PES Holdings, LLC et al v. Allianz Global Risks US Insurance Co. et al

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Nader | Boulos | PES Holdings, LLC | Kirkland & Ellis LLP |
| Kevin | McCoy | Defendant Insurers | HDI Global Insurance Company |
| David | Yohai | ICBCS | Weil |
| Taylor | Dougherty | ICBC Standard Bank, Plc | Weil, Gotshal & Manges LLP |
| Benjamin | Loveland | Multiple Insurers | WilmerHale |
| J. Zachary | Noble | ICBCS | Richards, Layton & Finger, P.A. |
| Rachel | Celiberti | Pes. Insured | Pes |
| Kirkland & Ellis - 50D | | William Pruitt | KIRKLAND & ELLIS LLP |
| Catherine | Glenn | Chubb | |
| Dylan | Freytag | Defendant Insurers | Pivot Engineers, PLLC |
| Sheilah | Jennjngs | ICB Standard Bank PLC | |
| Thomas | Caswell | Defendant Insurers | Zelle LLP |
| Garvan | McDaniel | Insureds | Hogan McDaniel |
| Megan | Shutte | Defendant Insurers | Zelle LLP |
| Lindsey | Davis | Defendant Insurers | Zelle LLP |
| Laura Davis | Jones | PES Holdings (Plaintiffs) | Pachulski Stang Ziehl & Jones LLP |
| Mitchell | Sussman | Cowen and Company, LLC | Cowen and Company, LLC |
| mark | richman | Court Reporter | TSG Reporting Inc. |
| Jonathan | MacBride | Defendant Insurers | Zelle LLP |
| Becky | Yerak | Wall Street Journal | News Corp |
| Reza | Nikain | Defendant Insurers | J.S. Held LLC |
| Brendan | Schlauch | ICBC Standard Bank | Richards, Layton & Finger, P.A. |
| Uzo | Dike | PES Holdings, LLC | Kirkland & Ellis LLP |
| Jeff | Murphy | Allianz | Zelle |
| Daniel | DeFranceschi | ICBCS Standard Bank Plc | Richards, Layton & Finger, P.A. |
| Jeffrey S. | Stein | PES Holdings | |
| Thaddeus | Lopatka | ICBC Standard Bank Plc | Weil, Gotshal & Manges LLP |
| John | Mastando | ICBC Standard Bank Plc (Observing) | Weil, Gotshal & Manges LLP |
| Michael | Casey | Defendant Insurers | Failure Analysis & Prevention, Inc. |
| Paul | Fabsik | Interested Party | Weil, Gotshal & Manges LLP |
| Dale | Frediani | Defendant Insurers | RMG Consulting, LLC |
| Anthony | Lagreca | PES | |
| Olie | Jolstad | Expert Witness for Plaintiffs | |
| Christopher | Stahl | Court | |
| Chelsea | Ireland | Plaintiffs | Cohen Ziffer Frenchman & McKenna LLP |
| Kent | Hayden | PES Holdings, LLC | Kirkland & Ellis LLP |
| Zach | Shapiro | ICBCS | Richards, Layton & Finger, P.A. |
| Peter | Keane | PES Holdings, LLC et al. / Plaintiff | Pachulski Stang Ziehl & Jones LLP |
| William | Pruitt | PES Holding, LLC | Kirkland & Ellis LLP |
| JudgeMaryWalrath | | court | |
| Rebekah | McEntire | PES Holdings, LLC | Kirkland & Ellis LLP |
| Ana Lucia | Hurtado | Reorg | |
| Matthis | Leber | Defendant Insurers | Helvetia |
| John | Mcshane | PES Liquidating Trust | PES Liquidating Trust |
| A.J. | Green | ICBC Standard Bank Plc (Observing) | Weil, Gotshal & Manges LLP |
| Mark | Cox | PES | |
| Aaron | Divine | Defendant Insurers | XL Insurance America, Inc. |
| RICHARD | URQUHART | Defendant Insurers | Zelle LLP |
| Rachel | Celiberti | Pes. insured | Pes |
| Laura | Bartlow | Defendants Allianz Global Risks US Insurance Co., et al. | Zelle LLP |
| Elizabeth | Kniffen | Defendant Insurers | Zelle LLP |
| David | Chasen | N/A | |