| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Nader | Boulos | PES Holdings, LLC | Kirkland & Ellis LLP |
| Kevin | McCoy | Defendant Insurers | HDI Global Insurance Company |
| David | Yohai | ICBCS | Weil |
| Zelle Trial Suite 2 | | Defendant Insurers | Zelle LLP |
| Sina | Toussi | Bank Debt creditor | Two Seas Capital |
| Vince | Sullivan | Law360 | |
| Bryant | Oberg | Hain Capital | |
| Davis | Meiering | CSAM | |
| Brian Boardingham | | AXA XL | AXA XL |
| Taylor | Dougherty | ICBC Standard Bank, Plc | Weil, Gotshal & Manges LLP |
| Benjamin | Loveland | Multiple Insurers | WilmerHale |
| Shafkat | Rakib | N/A | Cohen Ziffer Frenchman & McKenna |
| J. Zachary | Noble | ICBCS | Richards, Layton & Finger, P.A. |
| John | Greene | Philadelphia Energy Solutions | Bardin Hill |
| Mark | Smith | Pes | Pes |
| Shannon | O'Brien | NA/ observing | Zelle LLP |
| Rachel | Celiberti | Pes. Insured | Pes |
| Kirkland & Ellis - 50D | | Audio Visual Tech Support | Kirkland & Ellis |
| Catherine | Glenn | Chubb | |
| Dylan | Freytag | Defendant Insurers | Pivot Engineers, PLLC |
| Sheilah | Jennjngs | ICB Standard Bank PLC | |
| Zelle Trial Suite | | Defendant Insurers | Zelle LLP |
| Garvan | McDaniel | Insureds | Hogan McDaniel |
| Megan | Shutte | Defendant Insurers | Zelle LLP |
| Lindsey | Davis | Defendant Insurers | Zelle LLP |
| Mary | Drury | Court reporter for PES | TSG Reporting |
| Alex | Buri | N/A | Zelle LLP |
| Kanen | Matthews | AXA XL | |
| Laura Davis | Jones | PES Holdings (Plaintiffs) | Pachulski Stang Ziehl & Jones LLP |
| Alexander | Horn | Hain Capital Group | |
| Sussman, Mitchell | | Cowen and Company, LLC | Cowen and Company, LLC |
| Mark | Richman | TSG REPORTING | court reporter |
| Jonathan | MacBride | Defendant Insurers | Zelle LLP |
| Adam | ziffer | n/a | Cohen Ziffer |
| Becky | Yerak | Wall Street Journal | News Corp |
| Reza | Nikain | Defendant Insurers | J.S. Held LLC |
| Brendan | Schlauch | ICBC Standard Bank | Richards, Layton & Finger, P.A. |
| Clare | Pellegrini | n/a | |
| Uzo | Dike | PES Holdings, LLC | Kirkland & Ellis LLP |
| Christopher | Dye | Allianz | Allianz Global Risks US Ins Co |
| Jason | Meyers | N/A | |
| Jeff | Murphy | Allianz | Zelle |
| Daniel | DeFranceschi | ICBCS Standard Bank Plc | Richards, Layton & Finger, P.A. |
| Seth | Allen | n/a | |
| Jeffrey S. | Stein | PES Holdings | |
| Matthew | Gonzalez | Insurers | Zelle LLP |
| Thomas S. | Coleman | Chubb | |
| Laurie | Capp | Court Staff | |
| Thaddeus | Lopatka | ICBC Standard Bank Plc | Weil, Gotshal & Manges LLP |
| Jason | Sumbaly | N/A | Cohen Ziffer Frenchman & McKenna |
| John | Mastando | ICBC Standard Bank Plc (Observing) | Weil, Gotshal & Manges LLP |
| Michael | Casey | Defendant Insurers | Failure Analysis & Prevention, Inc. |
| Paul | Fabsik | Interested Party | Weil, Gotshal & Manges LLP |
| Zack | Freeman | n/a | |
| Dale | Frediani | Defendant Insurers | RMG Consulting, LLC |
| Anthony | Lagreca | PES | |
| Olie | Jolstad | Expert Witness for Plaintiffs | |
| Justin | Miller | n/a | |
| Christopher | Stahl | Court | |
| Kirkland & Ellis LLP - 50E | | Plaintiffs | Cohen Ziffer Frenchman & McKenna LLP |
| Dean | Watson | Defendant Insurers | Lancashire Group |
| Audrey | Wilson | n/a | |

| First Name | Last Name | Party | Firm |
|---|---|---|---|
| Kent | Hayden | PES Holdings, LLC | Kirkland & Ellis LLP |
| Zach | Shapiro | ICBCS | Richards, Layton & Finger, P.A. |
| Uday | Gorrepati | N/A (ABI Project) | |
| Nick | Kacuba | n/a | |
| Peter | Keane | PES Holdings, LLC et al. / Plaintiff | Pachulski Stang Ziehl & Jones LLP |
| William | Pruitt | PES Holding, LLC | Kirkland & Ellis LLP |
| Judge Mary Walrath | | court | |
| Todd | Goldberg | PES (trial tech) | NorthStar Litigation Technologies |
| Patrick | Spagnuolo | Westport Insurance Corporation | |
| Rebekah | McEntire | PES Holdings, LLC | Kirkland & Ellis LLP |
| Ana Lucia | Hurtado | Reorg | |
| Matthis | Leber | Defendant Insurers | Helvetia |
| John | Mcshane | PES Liquidating Trust | PES Liquidating Trust |
| Michael | Wilson | Defendant Insurers | KBR LLC |
| A.J. | Green | ICBC Standard Bank Plc (Observing) | Weil, Gotshal & Manges LLP |
| Tali | Epstein | N/a | |
| Mark | Cox | PES | |
| Aaron | Divine | Defendant Insurers | XL Insurance America, Inc. |
| Bruce | Racine | Law Clerk | |
| RICHARD | URQUHART | Defendant Insurers | Zelle LLP |
| John | Hazelwood | PES | Cohen Ziffer Frenchman & McKenna |
| Rachel | Celiberti | Pes. insured | Pes |
| Laura | Bartlow | Defendants Allianz Global Risks US Insurance Co., et al. | Zelle LLP |
| Elizabeth | Kniffen | Defendant Insurers | Zelle LLP |
| David | Chasen | N/A | |