# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PES HOLDINGS, LLC, *et al.*,[1] | Case No. 19-11626 (LSS) |
| *Reorganized Debtors.* | (Jointly Administered) |
| | |
| PES HOLDINGS, LLC, NORTH YARD GP, LLC, NORTH YARD LOGISTICS, L.P., PES ADMINISTRATIVE SERVICES, LLC, PES ENERGY INC., PES INTERMEDIATE, LLC, PES ULTIMATE HOLDINGS, LLC, PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING LLC, | |
| *Plaintiffs*, | Adversary Proceeding |
| -and- | Case No. 20-50454 (MFW) |
| ICBC STANDARD BANK PLC, | |
| *Intervener-Plaintiff*, | |
| v. | |
| ALLIANZ GLOBAL RISKS US INSURANCE CO., *et al.*, | |
| *Defendants*. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574).

Plaintiff PES Liquidating Trust, on behalf of the above-captioned Reorganized Debtors (collectively, "PES"), Intervenor-Plaintiff ICBC Standard Bank Plc ("ICBCS"), and the Defendant Insurers (as defined in the Intervenor-Complaint, and together with PES and ICBCS, the "Parties") hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Bankr. P. 7041, that Counts IV, V, and VII of the *Complaint* [Docket No. 1], filed by PES on February 12, 2020, are hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees. Counts I, II, III, and VI of the Complaint are unaffected by this Stipulation of Dismissal and will remain pending in the above-captioned Adversary Proceeding.

Dated: February 20, 2022
Wilmington, Delaware

| | |
|---|---|
| */s/ Peter J. Keane* | */s/ Zachary I. Shapiro* |
| Laura Davis Jones (DE Bar No. 2436) | Mark D. Collins (No. 2981) |
| James E. O'Neill (DE Bar No. 4042) | Daniel J. DeFranceschi (No. 2732) |
| Peter J. Keane (DE Bar No. 5503) | Zachary I. Shapiro (No. 5103) |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| 919 North Market Street, 17th Floor | One Rodney Square |
| P.O. Box 8705 | 920 North King Street |
| Wilmington, Delaware 19899-8705 (Courier 19801) | Wilmington, DE 19801 |
| Telephone: (302) 652-4100 | Telephone: (302) 651-7700 |
| Facsimile: (302) 652-4400 | Facsimile: (302) 651-7701 |
| Email: ljones@pszjlaw.com | collins@rlf.com |
| pkeane@pszjlaw.com | defranceschi@rlf.com |
| joneill@pszjlaw.com | shapiro@rlf.com |
| | |
| - and - | - and – |
| | |
| Edward O. Sassower, P.C. | David L. Yohai (*pro hac vice*) |
| Steven N. Serajeddini (admitted *pro hac vice*) | John P. Mastando III (*pro hac vice*) |
| Matthew C. Fagen (admitted *pro hac vice*) | Tracy Gelles (*pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | **WEIL, GOTSHAL & MANGES LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | 767 Fifth Avenue |
| 601 Lexington Avenue | New York, New York 10153 |
| New York, New York 10022 | (212) 310-8000 |
| Telephone: (212) 446-4800 | David.yohai@weil.com |
| Facsimile: (212) 446-4900 | John.mastando@weil.com |
| Email: edward.sassower@kirkland.com | Tracy.gelles@weil.com |
| steven.serajeddini@kirkland.com | |
| matthew.fagen@kirkland.com | *Counsel to Intervenor-Plaintiff* |
| | *ICBC Standard Bank Plc* |
| Nader R. Boulos, P.C. (admitted *pro hac vice*) | |
| William T. Pruitt (admitted *pro hac vice*) | |
| **KIRKLAND & ELLIS LLP** | |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | |
| 300 N. LaSalle | |
| Chicago, Illinois 60654 | |
| Telephone: (312) 862-2000 | |
| Facsimile: (312) 862-2200 | |
| Email: nboulos@kirkland.com | |
| william.pruitt@kirkland.com | |
| | |
| *Counsel to Plaintiffs PES Energy, Inc., PES Holdings LLC, PES Administrative Services, LLC, PES Intermediate, LLC, PES Ultimate Holdings, LLC, and Philadelphia Energy Solutions Refining and Marketing LLC* | |

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (DE Bar No. 4167)
**HOGAN MCDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone 302-656-7540
gmcdaniel@dkhogan.com

- and -

Philip D. Anker (admitted *pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone:212-230-8890
philip.anker@wilmerhale.com

Benjamin W. Loveland
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
benjamin.loveland@wilmerhale.com

- and -

Jonathan R. MacBride (admitted *pro hac vice*)
**ZELLE LLP**
1635 Market Street, Suite 1600
Philadelphia, PA 19103
Telephone: 484-532-5330
jmacbride@zelle.com

Matthew Gonzalez
45 Broadway, Suite 920
New York, NY 10006
Telephone 646-876-4410
mgonzalez@zelle.com

*Counsel to the Defendant Insurers*