# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PES HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 19-11626 (LSS) |
| | ) | |
| *Reorganized Debtors.* | ) | (Jointly Administered) |
| | ) | |
| PES HOLDINGS, LLC, NORTH YARD GP, LLC, NORTH YARD LOGISTICS, L.P., PES ADMINISTRATIVE SERVICES, LLC, PES ENERGY INC., PES INTERMEDIATE, LLC, PES ULTIMATE HOLDINGS, LLC, PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING LLC, | ) | |
| | ) | |
| *Plaintiffs,* | ) | Adversary Proceeding |
| | ) | |
| -and- | ) | Case No. 20-50454 (MFW) |
| | ) | |
| ICBC STANDARD BANK PLC, | ) | |
| | ) | |
| *Intervener-Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALLIANZ GLOBAL RISKS US INSURANCE CO., *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574).

Plaintiff PES Liquidating Trust, on behalf of the above-captioned Reorganized Debtors (collectively, "PES") and the Defendant Insurers (together with PES, the "Parties," and each a "Party") hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Bankr. P. 7041, that all remaining claims and causes of action not previously dismissed and asserted in the *Complaint* [Docket No. 1], filed by PES on February 12, 2020, are hereby dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: March 29, 2022
       Wilmington, Delaware

| | |
|---|---|
| */s/ Peter J. Keane* | */s/ Garvan F. McDaniel* |
| Laura Davis Jones (DE Bar No. 2436) | Garvan F. McDaniel (DE Bar No. 4167) |
| James E. O'Neill (DE Bar No. 4042) | **HOGAN MCDANIEL** |
| Peter J. Keane (DE Bar No. 5503) | 1311 Delaware Avenue |
| **PACHULSKI STANG ZIEHL & JONES LLP** | Wilmington, Delaware 19806 |
| 919 North Market Street, 17th Floor | Telephone 302-656-7540 |
| P.O. Box 8705 | gmcdaniel@dkhogan.com |
| Wilmington, Delaware 19899-8705 | |
| Telephone: (302) 652-4100 | - and - |
| Facsimile: (302) 652-4400 | |
| Email: ljones@pszjlaw.com | Philip D. Anker (admitted *pro hac vice*) |
| pkeane@pszjlaw.com | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| joneill@pszjlaw.com | 7 World Trade Center |
| | 250 Greenwich Street |
| - and - | New York, NY 10007 |
| | Telephone: 212-230-8890 |
| Edward O. Sassower, P.C. | philip.anker@wilmerhale.com |
| Steven N. Serajeddini (admitted *pro hac vice*) | |
| Matthew C. Fagen (admitted *pro hac vice)* | Benjamin W. Loveland |
| **KIRKLAND & ELLIS LLP** | 60 State Street |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Boston, MA 02109 |
| 601 Lexington Avenue | Telephone: 617-526-6000 |
| New York, New York 10022 | benjamin.loveland@wilmerhale.com |
| Telephone: (212) 446-4800 | |
| Facsimile: (212) 446-4900 | - and - |
| Email: esassower@kirkland.com | |
| steven.serajeddini@kirkland.com | Jonathan R. MacBride (admitted *pro hac vice*) |
| matthew.fagen@kirkland.com | **ZELLE LLP** |
| | 1635 Market Street, Suite 1600 |
| Nader R. Boulos, P.C. (admitted *pro hac vice*) | Philadelphia, PA 19103 |
| William T. Pruitt (admitted *pro hac vice*) | Telephone: 484-532-5330 |
| **KIRKLAND & ELLIS LLP** | jmacbride@zelle.com |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | |
| 300 N. LaSalle | Matthew Gonzalez |
| Chicago, Illinois 60654 | 45 Broadway, Suite 920 |
| Telephone: (312) 862-2000 | New York, NY 10006 |
| Facsimile: (312) 862-2200 | Telephone 646-876-4410 |
| Email: nboulos@kirkland.com | mgonzalez@zelle.com |
| wpruitt@kirkland.com | |
| | *Counsel to the Defendant Insurers* |
| *Counsel to Plaintiffs PES Energy, Inc., PES Holdings LLC, PES Administrative Services, LLC, PES Intermediate, LLC, PES Ultimate Holdings, LLC, and Philadelphia Energy Solutions Refining and Marketing LLC* | |