# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PES HOLDINGS, LLC, et al[1].,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 19-11626 (LSS)<br><br>(Jointly Administered) |
| PES HOLDINGS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>*-and-*<br><br>ICBC STANDARD BANK PLC,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE CO., et al.,<br><br>Defendants. | Adversary Proceeding<br><br>Case No. 20-50454 (MFW) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on March 29, 2022, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via e-mail to the parties listed in **Exhibit A** attached hereto:

- **Stipulation of Dismissal With Prejudice [Adv. Docket No. 338]**

Dated: March 31, 2022

*[signature]*
Darleen Sahagun
Omni Management Group
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       }ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this ____ day of _____, 20____, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

**SEE ATTACHED JURAT**

Notary Public

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: PES Holdings, LLC (8157); North Yard GP, LLC (5458); North Yard Logistics, L.P. (5952); PES Administrative Services, LLC (3022); PES Energy Inc. (0661); PES Intermediate, LLC (0074); PES Ultimate Holdings, LLC (6061); and Philadelphia Energy Solutions Refining and Marketing LLC (9574).

**CALIFORNIA JURAT**          GOVERNMENT CODE § 8202

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of LOS ANGELES

Subscribed and sworn to (or affirmed) before me on this _01_ day of _APRIL_, 20_22_, by
  Date         Month              Year

(1) DARLEEN SAHAGUN

(and (2) _____),
   Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
         Signature of Notary Public



N. SMITH
Notary Public - California
Los Angeles County
Commission # 2392084
My Comm. Expires Jan 29, 2026

*Place Notary Seal and/or Stamp Above*

———— OPTIONAL ————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

# **EXHIBIT A**

| | | |
|---|---|---|
| HOGAN MCDANIEL<br>GARVAN F. MCDANIEL<br>GMCDANIEL@DKHOGAN.COM | WILMER CUTLER PICKERING HALE AND DORR LLP<br>BENJAMIN W. LOVELAND<br>BENJAMIN.LOVELAND@WILMERHALE.COM | WILMER CUTLER PICKERING HALE AND DORR LLP<br>PHILIP D. ANKER<br>PHILIP.ANKER@WILMERHALE.COM |
| ZELLE LLP<br>JONATHAN R. MACBRIDE<br>JMACBRIDE@ZELLE.COM | ZELLE LLP<br>MATTHEW GONZALEZ<br>MGONZALEZ@ZELLE.COM | |

Parties Served: 5